# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
### 219 SOUTH DEARBORN ST. CHICAGO, IL 60604

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 09-17427 |
| SILVA, FLOR MARISA, | ) Chapter 7 |
| | ) Judge Manuel Barbosa |
| Debtor. | ) |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
## ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
## ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has
     filed a Trustee's Final Report and final applications for compensation.  A hearing
     will be held:

     At: 100 S. 3rd St., Room 140, Geneva, IL  60134

     On:    January 7, 2010      Time: 10:00 AM

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report,
     ruling on applications for compensation and expenses and any pending applications and
     transacting such other business as may be properly noticed before the Court.
     ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT
     IS NOT REQUIRED.

3.   The trustee's Final Report shows total:

     | | |
     |---|---|
     | Receipts | $_____15,014.32_____ |
     | Disbursements | $_____-0-___ |
     | Net Cash Available for Distribution | $_____15,014.32___ |

4.   Applications for Chapter 7 fees and administrative expenses have been filed as

Page 1

follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $2,251.43 | $78.47 |
| Roy Safanda, Attn'y | $ 0.00 | $  471.25 | $0.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $_____0_____, must be paid in full for there to be any dividend to general unsecured creditors.   The priority dividend is anticipated to be __0_____%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | $ | $ |

7.      Claims of general unsecured creditors totaling $_16,594.57____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 74%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | AM INFO. FOR TARGET | 5,487.01 | 4,038.30 |
| 2 | CHASE | 6,999.48 | 5,151.43 |

| 3 | CHASE | 1,095.19 | 806.03 |
| 4 | GREEN HOSP | 418.00 | 307.64 |
| 5 | PYOD c/o RESURGENT | 886.36 | 652.34 |
| 6 | FIA/BANK OF AMERICA BY AMERICAN INFO AS ITS AGENT | 1,708.53 | 1,257.43 |
| | | $16,594.57 | $12,213.17 |

8.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtor has not been discharged.

11.   The Trustee proposed to abandon the following property at the hearing: None.

Dated:  _____        For the Court,


                                By:  _____
                                     Kenneth S. Gardner
                                     Clerk of the U.S. Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps          Page 1 of 1          Date Rcvd: Nov 20, 2009
Case: 09-17427               Form ID: pdf006       Total Noticed: 33

The following entities were noticed by first class mail on Nov 22, 2009.
```
db           +Flor Marisa Silva,   49 Ash Street,   Carpentersville, IL 60110-1662
aty          +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty          +James Matthew Allen,   800 E. Northwest Highway,   Suite # 700,   Palatine, IL 60074-6513
tr           +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
13914060     +Bank One/Chase,   8333 Ridgepoint Dr,   Irving, TX 75063-5812
13914059      Bank of America,   Po Box 15026,   Wilmington, DE 19850-5026
13914061     +Business & Professiona,   2260 Lake Ave,   Fort Wayne, IN 46805-5350
13914063      Carson Pirie Scott,   PO Box 17264,   Baltimore, MD 21297-1264
13914064     +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
14207087      Chase Bank USA, N.A.,   PO Box 5145,   Wilmington, DE 19850-5145
14275341     +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
                Dallas, TX 75374-0933
13914065      Chase Cardmember Serv,   PO Box 15153,   Wilmington, DE 19886-5153
13914066     +Chrysler Financial fka DaimlerChrysler Financial,   C/O Riezman Berger PC,
                7700 Bonhomme, 7th Floor,   St Louis, MO 63105-1960
13914067     +Con Fin Svc,   509 Green Bay Road,   Waukegan, IL 60085-6003
14477402      FIA CARD SERVICES, na/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK 73124-8809
13914069     +GMAC Mortgage,   1100 Virginia Dr,   Fort Washington, PA 19034-3204
14380741     +Green Memorial Hospital,   2110 Leiter Rd,   Miamisburg, OH 45342-3660
13914070      Green Memorial Hospital,   PO Box715254,   Columbus, OH 43271-5254
13914071     +Harris,   9919 W Roosevelt Rd,   Westchester, IL 60154-2774
13914072     +Harris & Harris Ltd,   9919 W Roosevelt Rd,   Westchester, IL 60154-2774
13914074     +Maria I. Jaquez,   49 Ash St.,   Carpentersville, IL 60110-1662
13914075     +Marie I. Jaquez,   49 Ash St.,   Carpentersville, IL 60110-1662
13914076     +McHenry Savings Bank,   PO Box 566,   Mchenry, IL 60051-0566
14434577     +PYOD LLC its successors and assigns,   c/o Resurgent Capital Services,   PO Box 19008,
                Greenville, SC 29602-9008
13914078     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
13914079      Sprint,   PO  541023,   Los Angeles, CA 90054-1023
13914080      Target  National Bank,   Po Box 59317,   Minneapolis, MN 55459-0317
13914081      The Billing Center,   PO Box 60001,   Tampa, FL 33660-0001
13914082    ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
                (address filed with court: Wachovia Dealer Services,   PO Box 25341,   Santa Ana, CA 92799-5341)
13914083     +Wells Fargo Ffinance,   Attn: Bankruptcy,   4143 121st St,   Urban Dale, IA 50323-2310
13914084     +Wf Fin Bank,   Po Box 182273,   Columbus, OH 43218-2273
```

The following entities were noticed by electronic transmission on Nov 20, 2009.
```
14130666      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2009 04:09:17
                AMERICAN INFOSOURCE LP AS AGENT FOR,   TARGET,   PO Box 248838,   Oklahoma City, OK 73124-8838
13914073     +E-mail/PDF: cr-bankruptcy@kohls.com Nov 21 2009 04:09:27    Kohls,   Attn:  Recovery,
                Po Box 3120,   Milwaukee, WI 53201-3120
                                                                                      TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13914077      Nbgl-carsons
aty*         +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
13914062*    +Business & Professiona,   2260 Lake Ave,   Fort Wayne, IN 46805-5350
13914068*    +Con Fin Svc,   509 Green Bay Road,   Waukegan, IL 60085-6003
                                                                             TOTALS: 1, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2009**                     **Signature:**  *Joseph Speetjens*